**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 01-7312**

———

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ALPHONSO A. WRIGHT,

Defendant - Appellant.

———

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Graham C. Mullen, Chief District Judge. (CR-91-35-ST-MU, CA-01-17-1-5-MU)

———

Submitted: December 20, 2001          Decided: January 2, 2002

———

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

———

Dismissed by unpublished per curiam opinion.

———

Alphonso A. Wright, Appellant Pro Se. Harry Thomas Church, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alphonso A. Wright seeks to appeal the district court's order denying his motion for reconsideration of the order dismissing his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Wright, Nos. CR-91-35-ST-MU; CA-01-17-1-5-MU (W.D.N.C. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED